IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )        8:13CR272
                               )
     v.                        )
                               )
JESUS GOMEZ,                   )        ORDER
MARCIAL CORONA,                )
DANIEL ALBERTO, a/k/a Daniel   )
Padilla-Rodriguez,             )
RACHEL GALVAN,                 )
ALEXANDER STUDER,              )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on the plaintiff's motion to continue trial (Filing No. 90). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that trial of this matter is rescheduled for:

**Monday, February 3, 2014, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have time to prepare for trial or pursue plea negotiations, and it will accommodate the schedule of the Court and of counsel. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendants in a speedy trial. The

additional time between December 2, 2013, and February 3, 2014, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 26th day of November, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court