IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:13CR272 |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS GOMEZ, | ) | ORDER |
| RACHEL GALVAN, | ) | |
| ALEXANDER STUDER, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the plaintiff's motion to seal (Filing No. 166). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to seal is granted. As plaintiff requests, its motions shall remain sealed pending further order of the Court.

DATED this 1st day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court