IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR272 |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS GOMEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to reduce sentence (Filing No. 211). The Court has reviewed the file and notices that defendant has benefitted from both drug retroactivity reductions, and he received a Rule 35 reduction. There is no other reduction that defendant qualifies for at this time. Accordingly,

IT IS ORDERED that defendant's motion to reduce sentence is denied.

DATED this 13th day of February, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court