IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR272 |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS GOMEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to reconsider denial of his motion to reduce sentence (Filing No. 213). The Court has again reviewed the file and notes that defendant has benefitted from both drug retroactivity reductions and a Rule 35 reduction. Defendant does not qualify for any further reductions at this time. Accordingly,

IT IS ORDERED that defendant's motion to reconsider denial of his motion to reduce sentence is denied.

DATED this 16th day of March, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court